UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESUS CAZARES, on behalf of himself and all other employees similarly situated, known and unknown<br><br>PLAINTIFF(S)<br><br>vs.<br><br>SERVIMAID LLC, SERVIMAID, INC., PAULO DIAZ, JUAN PEREZ, LUIS ENRIQUEZ SALDANA; ET AL<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 1312<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Mar 07, 2008, at 1:50 PM, I served the above described documents upon SERVIMAID, LLC as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with STEPHANIE DEMAS / SECRETARY, an officer, managing agent or authorized agent of the within named company.

Said service was effected at 175 W. JACKSON BLVD., STE 240, CHICAGO, IL 60604.

**DESCRIPTION:** Gender: F   Race: WHITE   Age: 27   Hgt: 5'4"   Wgt: 145   Hair: BROWN   Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert D Fairbanks, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 10th day of March, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

---

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Amatore & Associates, P.C.*<br>**FILE #:** | ORIGINAL PROOF OF<br>SERVICE | TRACKING #<br>36928 |