UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESUS CAZARES, on behalf of himself and all other employees similarly situated, known and unknown | COURT DATE: |
| | Case No. 08 C 1312 |
| PLAINTIFF(S) | |
| vs. | |
| SERVIMAID LLC, SERVIMAID, INC., PAULO DIAZ, JUAN PEREZ, LUIS ENRIQUEZ SALDANA; ET AL | SERVICE DOCUMENTS: SUMMONS & COMPLAINT |
| DEFENDANT(S) | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Mar 09, 2008, at 4:31 PM, I served the above described documents upon LUIS ENRIQUEZ SALDANA as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, LUIS ENRIQUEZ SALDANA.

Said service was effected at 3723 CENTRAL PARK AVE, CHICAGO, IL 60618.

**DESCRIPTION:**  Gender: M   Race: HISPANIC   Age: 45   Hgt: 5'10"   Wgt: 190   Hair: BROWN   Glasses: YES

I declare under penalties of perjury that the information contained herein is true and correct.

Steven A Stosur, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 10th day of March, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Amatore & Associates, P.C.*
**FILE #:**

ORIGINAL PROOF OF
SERVICE

TRACKING #
36933