U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number 08 C 1312
JESUS CAZARES,

vs.

SERVIMAID LLC, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SERVIMAID LLC and LUIS ENRIQUEZ SALDANA

| NAME (Type or print) |
| --- |
| Matthew J. Daley |
| SIGNATURE (Use electronic signature if the appearance form is filed |
| s/Matthew J. Daley |
| FIRM |
| Querrey & Harrow, Ltd. |
| STREET ADDRESS |
| 175 West Jackson Blvd., Suite 1600 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6281713 | 312-540-7000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐