IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | |
|---|---|
| **Jesus Cazares,** ) | |
| ) | Case No. 08 C 01312 |
| **Plaintiff,** ) | |
| ) | Judge Dow |
| v. ) | Magistrate Judge Cox |
| ) | |
| **Servimaid LLC,** an Illinois limited liability ) | Motion Date: |
| company, **Servimaid, Inc.,** a dissolved ) | Motion Time: a.m. |
| Illinois Corporation, **Paulo Diaz,** ) | |
| individually, **Juan Perez,** individually, **Luis** ) | |
| **Enriquez Saldana,** individually and **John** ) | |
| **Doe Business Enterprise a/k/a/ Sunshine** ) | |
| **Clean,** ) | |
| **Defendants.** | |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO ANSWER OR OTHERWISE PLEAD

Defendant, Servimaid LLC., Luis Enriquez Saldana, by and through its attorneys, April R. Walkup and QUERREY & HARROW, LTD., moves this Court for leave to answer or otherwise plead in the above captioned matter and in support thereof states as follows:

1. Plaintiff served Defendant with summons and a copy of the complaint. The time for Defendant to file his appearance and responsive pleadings expires on or about March 31, 2008.

2. Defendant recently located and retained counsel to represent its interests in this matter.

3. In order to allow Defendant and its counsel to properly respond to the complaint, Defendant seeks an extension of time to file its responsive pleading.

4.  This is Defendant's first request for an extension of time in this matter and is not made for the purposes of delay.

5.  One of Defendant's attorneys contacted one of Plaintiff's attorneys and obtained his agreement to a 14-day extension of time to answer or otherwise plead to the complaint.

WHEREFORE, Defendant, Servimaid LLC., Luis Enriquez Saldana, prays as follows:

A.  That it be granted an additional fourteen (14) days to April 15, 2008 to file a responsive pleading to the complaint; and

B.  For such other and further relief as this Court deems just and proper.

Luis Enriquez Saldana,

By: /s/ April R. Walkup
One of the Attorneys for Defendant

April R. Walkup (ARDC #6238306)
QUERREY & HARROW, LTD.
Attorneys for Defendant
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604
312-540-7000