IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jesus Cazares,** ) | |
| ) | Case No. 08 C 01312 |
| **Plaintiff,** ) | |
| ) | **Judge Dow** |
| v. ) | **Magistrate Judge Cox** |
| ) | |
| **Servimaid LLC,** an Illinois limited liability ) | Motion Date: |
| company, **Servimaid, Inc.,** a dissolved ) | Motion Time: a.m. |
| Illinois Corporation, **Paulo Diaz,** ) | |
| individually, **Juan Perez,** individually, **Luis** ) | |
| **Enriquez Saldana,** individually and **John** ) | |
| **Doe Business Enterprise a/k/a/ Sunshine** ) | |
| **Clean,** ) | |
| **Defendants.** | |

### NOTICE OF MOTION

To:   Paul Luka, Esq.
      Amatore & Associates, P.C.
      120 S. State St., Suite 400
      Chicago, IL 60603

On **April 8, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Dow** or any Judge sitting in his stead, in **Room 1919** or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached Motion for Enlargement of Time to File Responsive Pleadings.

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | Servimaid, LLC and Luis Enriquez Saldana |
| Address | 175 West Jackson Boulevard, Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

### PROOF OF SERVICE

I, April R. Walkup, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorneys on March 31, 2008.

s/April R. Walkup

[X]    Under penalties as provided by law pursuant
       to Ill. Rev. Stat., ch. 110, Sect. 1-109, I
       certify that the statements set forth herein
       are true and correct..

Jesus Cazares v.
Servimaid LLC, et al.
Our File No. 37820-DAL

## SERVICE LIST

**Paul Luka, Esq.**
Amatore & Associates, P.C.
120 S. LaSalle St., Suite 400
Chicago, IL 60603
(312) 236-9825
pluka@amatorelaw.com
**Attorney for plaintiff**