IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS CAZARES, on behalf of himself and all other employees similarly situated, known and unknown, <br><br> Plaintiffs, <br><br> v. <br><br> SERVIMAID LLC, an Illinois limited liability Company, SERVIMAID, INC., a dissolved Illinois Corporation, PAULO DIAZ, individually, JUAN PEREZ, individually, LUIS ENRIQUEZ SALDANA, individually, and JOHN DOE BUSINESS ENTERPRISE a/k/a Sunshine Clean, <br><br> Defendants. | ) ) ) No. 08 C 1312 ) ) ) ) Judge Dow ) ) Magistrate Judge Cox ) ) ) ) ) ) ) ) ) |

## NOTICE OF FILING

To:  Paul Luka, Esq.
     Amatore & Associates, P.C.
     120 S. State St., Suite 400
     Chicago, IL 60603

PLEASE TAKE NOTICE THAT on April 15, 2008, we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendants Servimaid, LLC and Luis Saldana's Answer and Affirmative Defenses to Plainitff's Complaint.**

By:  s/ April R. Walkup
     April R. Walkup
     Querrey & Harrow, Ltd.
     175 West Jackson Blvd., Suite 1600
     Chicago, IL  60604-2827
     (312) 540-7000
     I.D. #6238306

## PROOF OF SERVICE

I, April R. Walkup, after first being duly sworn on oath, depose and state that I served this Notice of Filing together with the documents herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on April 15, 2008.

s/ April R. Walkup