ï»¿

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESUS CAZARES, on behalf of himself and all other employees similarly situated, known and unknown<br><br>PLAINTIFF(S)<br><br>vs.<br><br>SERVIMAID LLC, SERVIMAID, INC., PAULO DIAZ, JUAN PEREZ, LUIS ENRIQUEZ SALDANA; ET AL<br><br>DEFENDANT(S) | Case No.<br>08 C 1312<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Mar 29, 2008, at 9:00 AM, I served the above described documents upon PAULO DIAZ as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, PAULO DIAZ.

Said service was effected at 3028 DOWNING AVE, WESTCHESTER, IL 60154

**DESCRIPTION:** Gender: M   Race: HISPANIC   Age: 38   Hgt: 5'10"   Wgt: 190   Hair: BLACK   Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct.

*Craig Palmer* (signature)

Craig Palmer, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 31st day of March, 2008

*[signature: Robert D Fairbanks]*

*[Official Seal: ROBERT D FAIRBANKS, NOTARY PUBLIC - STATE OF ILLINOIS, MY COMMISSION EXPIRES: 06/08/10]*

NOTARY PUBLIC

CLIENT NAME:  ORIGINAL PROOF OF SERVICE  TRACKING #
Amatore & Associates, P.C.*  36930
**FILE #:**