## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JESUS CAZARES, on behalf of himself and all other employees similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 08 C 1312 |
| SERVIMAID, L.L.C., an Illinois limited liability company, SERVIMAID, INC., a dissolved Illinois corporation, PAULO DIAZ, individually, JUAN PEREZ, individually, LUIS ENRIQUEZ SALDANA, individually, and JOHN DOE BUSINESS ENTERPRISE, a/k/a Sunshine Clean, | ) ) ) ) ) ) ) ) | Judge Dow |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND TIME TO ANSWER**
**OR OTHERWISE PLEAD TO THE COMPLAINT**

Defendant Paulo Diaz, by the undersigned attorney, hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the time for Mr. Diaz to answer or otherwise plead to the Complaint up to and including May 16, 2008.

In support of this motion, Plaintiff states as follows:

1. This is a motion agreed to by all the parties.

2. This is an action under the Fair Labor Standards Act and Illinois law for overtime purportedly not paid to plaintiff.

3. Mr. Diaz was served on March 29, 2008, making his answer or other responsive pleading due on or before April 18, 2008.

4. Mr. Diaz timely appeared through the undersigned attorney on April 18, 2008.

5.	Mr. Diaz did not file a responsive pleading on April 18, 2008 in light of conversations between his counsel and plaintiff's counsel in attempt to resolve the case without further pleading by Mr. Diaz.  For those reasons, as well as others, counsel for Mr. Diaz did not file an appearance for the dissolved defendant corporation, Servimaid, Inc., of which Mr. Diaz was the sole incorporator, shareholder, director and officer.  Servimaid, Inc. was dissolved on November 1, 2004, 5 ½ months prior to the employment which is alleged as the basis of plaintiff's Complaint.  *See* Complaint, ¶19.

6.	In the exercise of caution, while his counsel's conversations with plaintiff's counsel continue, Mr. Diaz now seeks leave to answer or otherwise respond to the Complaint on or before May 16, 2008.  This is Mr. Diaz' first request for an extension of time.

WHEREFORE, defendant Paolo Diaz seeks leave to answer or otherwise respond to plaintiff's Complaint on or before May 16, 2008.

Respectfully submitted,

/s/ J. Eric Vander Arend
One of the Attorneys for Defendant Paulo Diaz

Date:   April 24, 2008

J. Eric Vander Arend
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
Three First National Plaza
70 West Madison Street, Suite 4000
Chicago, Illinois  60602
(312) 580-0100

2