**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JESUS CAZARES, on behalf of himself and all other employees similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 08 C 1312 |
| SERVIMAID, L.L.C., an Illinois limited liability company, SERVIMAID, INC., a dissolved Illinois corporation, PAULO DIAZ, individually, JUAN PEREZ, individually, LUIS ENRIQUEZ SALDANA, individually, and JOHN DOE BUSINESS ENTERPRISE, a/k/a Sunshine Clean, | ) ) ) ) ) ) ) ) ) | Judge Dow |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:  Roy P. Amatore                     Lawrence S. Kowalczyk
     Paul Luka                          April Renee Walkup
     AMATORE & ASSOC., P.C.             Matthew J. Daley
     120 South State Street, #400       QUERRY & HARROW
     Chicago, IL 60603                  175 West Jackson Boulevard, Ste. 1600
     312/236-9825                       Chicago, IL 60604
     pluka@amatorelaw.com               312/540-7000
                                        awalkup@querry.com

**PLEASE TAKE NOTICE** that on May 15, 2008 at 9:15 a.m., defendant Paolo Diaz shall appear before the Honorable Judge Robert M. Dow, Jr. in Room 1919 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present his Agreed Motion to Extend Time to Answer or Otherwise Plead to the Complaint, a true and correct copy of which is attached hereto and herewith served upon you.

The undersigned certifies that he caused a true and correct copy of this notice and the

attached pleadings to be served through CM/ECF system automatically to counsel identified above this 24th day of April 2008.

                                        Respectfully submitted,

                                        /s/ J. Eric Vander Arend

                                        One of the Attorneys for defendant Paolo Diaz

Date:   April 24, 2008

J. Eric Vander Arend  
HUGHES SOCOL PIERS RESNICK & DYM, LTD.  
Three First National Plaza  
70 West Madison Street, Suite 4000  
Chicago, Illinois  60602  
(312) 580-0100