IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JESUS CAZARES**, on behalf of himself and all other employees similarly situated, known and unknown,<br><br>      Plaintiffs,<br> v.<br><br>**SERVIMAID LLC**, an Illinois limited liability company, **SERVIMAID, INC.**, a dissolved Illinois corporation, **PAULO DIAZ**, individually, **JUAN PEREZ**, individually, **LUIS ENRIQUEZ SALDANA**, individually, and **JOHN DOE BUSINESS ENTERPRISE a/k/a Sunshine Clean**,<br><br>      Defendants. | No. 08 CV 1312<br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Susan E. Cox |

## STIPULATION OF DISMISSAL

  The plaintiff hereby stipulates to dismiss the defendants, **PAULO DIAZ**, and **SERVIMAID, INC.**, from the captioned case without prejudice pursuant to FRCP 41(a)(1)(ii). In support thereof the plaintiff states that the defendants, **PAULO DIAZ**, and **SERVIMAID, INC.**, have not yet served an answer or motion for summary judgment upon any other party. The undersigned prays that this Court will accept and adopt the foregoing Stipulation of Dismissal.

                    /s/Paul Luka
                    PAUL LUKA
                    Attorney for Plaintiff

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel.
312.236.9826 fax

The undersigned prays that this Court will accept and adopt the foregoing Stipulation of Dismissal.

／s／ April R. Walkup
APRIL WALKUP
Attorney for Defendants, LUIS
ENRIQUEZ SALDANA, and
SERVIMAID, LLC

April Walkup
Matthew Daley
Lawrence Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Boulevard, Suite 1600
Chicago, IL 60604-2827
312.540.7000

The undersigned prays that this Court will accept and adopt the foregoing Stipulation of Dismissal.

                                                     J. ERIC VANDER AREND
                                                    Attorney for the Defendants,
                                                    PAULO DIAZ, and SERVIMAID, INC.

J. Eric Vander Arend
Hughes, Socol, Piers, Resnick & Dym, Ltd.
70 W. Madison Street, Suite 4000
Chicago, IL 60602

CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on May 15, 2008, he served a copy of this notice and the attached document(s) on all attorneys of record by causing them to be issued through the Court's Electronic Case Filing System in accordance with Fed. R. Civ. P. 5(b)(2)(D), and LR5.9 of the Northern District of Illinois.

                                  /s/ Paul Luka
                                  PAUL LUKA – ARDC # 6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel.
312.236.9826 fax