UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jesus Cazares
       Plaintiff,

v.               Case No.: 1:08−cv−01312
               Honorable Robert M. Dow Jr.

Servimaid LLC, et al.
       Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: settlement conference.(tbk, )Mailed notice.

Dated: May 21, 2008

                      /s/ Robert M. Dow Jr.

                      United States District Judge