# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1312 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Jesus Cazares vs. Servimaid, LLC, et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation of Dismissal [28], Defendants Paulo Diaz and Servimaid, Inc. are dismissed without prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|