# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jesus Cazares

                Plaintiff,

v.                                             Case No.: 1:08–cv–01312
                                                    Honorable Robert M. Dow Jr.

Servimaid LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:The Court has before it and enters the proposed Rule 16(b) scheduling order submitted by the parties. In addition, in light of the settlement conference held before Magistrate Judge Cox on 6/23/08 and the status before Magistrate Judge Cox on 7/7/08, the Court stays the parties' obligations under Rule 26(a) until further order of the Court.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.